UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>LUIS QUINONES CEJA, et. al.<br>Defendants | NO. CR 16-287 JLR<br><br>Order Granting Defendant Quinones Ceja's Motion to Seal |
|---|---|

**Order**

Luis Quinones Ceja moves the Court to seal the report of Dr. Tyson Bailey, as it contains sensitive information.

The Court GRANTS the motion. The Court has reviewed the report of Dr. Bailey and finds that the defendant's right to privacy regarding the information contained in the report outweighs the public's interest in viewing this material.

IT IS SO ORDERED this 13th day Nov., 2017

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT